UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFFREY KARL DRIVER,<br><br>       Plaintiff,<br> v.<br><br>STATE OF WASHINGTON,<br>DEPARTMENT OF CORRECTIONS,<br><br>       Defendant. | CASE NO. C20-5282RJB<br><br>ORDER DISMISSING<br>PLAINTIFF'S COMPLAINT |

  The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, and the record herein, and no objections to the Report and Recommendation were filed, does hereby find and ORDER:

  (1)  The Court adopts the Report and Recommendation (Dkt. 16);

  (2)  The Plaintiff's federal Constitutional claim is dismissed;

  (3)  All other pending claims are dismissed without prejudice; and

  (4)  This case is DISMISSED.

  The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 14th day of October, 2020.

*Robert J. Bryan* (signature)

ROBERT J. BRYAN
United States District Judge

ORDER DISMISSING PLAINTIFF'S COMPLAINT - 2